

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-13-00005-CV

**IN THE MATTER OF THE GUARDIANSHIP OF MARTHA JANE VALDEZ**, an
Incapacitated Person,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2007-PC-2303
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is
DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 21st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court